

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-24-00060-CV

_____

IN THE INTEREST OF M.K. AND O.K., CHILDREN

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 23C0495-CCL

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

Appellant filed a timely notice of appeal. The reporter's record, the clerk's record, and a supplemental clerk's record were filed on August 19, 2024. Appellant's pro se appellate brief was due on October 22. When neither a brief nor a motion to extend time for filing same was received by November 4, this Court advised Appellant by letter that her brief was late. We also warned Appellant that the failure to file a brief by November 19 would subject this appeal to dismissal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Appellant did not respond to our communication and did not file an appellate brief. Because we received no response to our letter of November 4, we dismissed Appellant's appeal for want of prosecution pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

On December 6, Appellant filed a motion for rehearing asking this Court to reconsider its dismissal of her appeal for want of prosecution. Appellant stated that she had been hospitalized from November 3 through November 24 and that she did not receive our November 4 letter in time to file her brief by November 19. She also stated in her motion that she had already prepared her appellate brief and was prepared to file it should the Court reinstate her case.[1]

In the interest of justice, on December 12, the Court granted Appellant's motion for rehearing, withdrew its previous memorandum opinion and judgment, and reinstated the appeal on the Court's docket. The Court also informed Appellant that her brief would be due on or before December 19. Appellant did not file her appellate brief by the stated date.

---

[1]Appellee had no objection to Appellant's motion for rehearing.

Consequently, we dismiss this appeal for want of prosecution pursuant to Rules 38.8 and

42.3 of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).


                                        Jeff Rambin
                                        Justice

Date Submitted:     January 8, 2025
Date Decided:       January 9, 2025